IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. FORD, ESQ.<br><br>Plaintiff,<br><br>v.<br><br>HONORABLE R. DAVID PROCTOR, in his individual capacity<br><br>Defendant. | CIVIL ACTION NO. 5:26-cv-00284-HNJ |

## UNITED STATES' NOTICE OF SUBSTITUTION OF HONORABLE R. DAVID PROCTOR

PLEASE TAKE NOTICE that pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 (Westfall Act), §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), the United States is hereby substituted for the individual Defendant, the Honorable R. David Proctor, Senior United States District Judge for the Northern District of Alabama ("Judge Proctor"), with respect to any claims filed pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b); 2671-2680.

The FTCA, as amended by the Westfall Act, provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees

taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). Plaintiff has stated that her suit seeks relief under the FTCA for alleged defamation and abuse of process, among other things. (*See* Doc. 1 at 4-5.) Consequently, the common law torts alleged against Judge Proctor fall within the Westfall Act.

Section 6 of the Westfall Act provides that, upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a state law claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1). Certification authority has been delegated to United States Attorneys. 28 C.F.R. § 15.3(a).

Prim F. Escalona, United States Attorney for the Northern District of Alabama, has certified that, at the time of the conduct alleged, Judge Proctor was acting within the scope of his federal office or employment. (*See* Attach. 1, Certification of Scope of Employment.)

Consequently, the United States has, by operation of law, been substituted as the sole Defendant with respect to the state common law tort causes of action alleged in the Complaint against Judge Proctor.

WHEREFORE, the United States is hereby substituted for the individual Defendant Honorable R. David Proctor with respect to any FTCA claims asserted.

PRIM F. ESCALONA
UNITED STATES ATTORNEY

    /s/
Praveen Krishna
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001

CERTIFICATE OF SERVICE

I certify that on or about February 19, 2026, I served a copy of the above on the Plaintiff by sending a copy by certified mail to:

Kimberly A. Ford, Esq.
470 Providence Main, Suite 302C
Huntsville, AL 35806

/s/
Praveen Krishna
Assistant United States Attorney