IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| KIMBERLY A. FORD,<br><br>    Plaintiff,<br><br>v.<br><br>HONORABLE R. DAVID PROCTOR,<br><br>    Defendant. | CIVIL ACTION NO. |

<u>CERTIFICATION OF SCOPE OF EMPLOYMENT</u>

Pursuant to 28 U.S.C. § 2679(d)(1) and by virtue of the authority vested in me by 28 C.F.R. § 15.4(a), I hereby certify:

1. I have read the Complaint in this action.

2. On the basis of the information now available with respect to the incident referred to therein, Defendant Honorable R. David Proctor was acting within the scope of his federal employment as a district judge in the Northern District of Alabama at the time of the incident out of which the claims arose.

//

//

//

This 9th day of February, 2026.

                                                                  _____
PRIM F. ESCALONA
United States Attorney