# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBERLY A FORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:26-cv-00284-HNJ |
| R. DAVID PROCTOR, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The undersigned hereby recuses himself from further participation in this case.

Accordingly, the court **DIRECTS** the Clerk to reassign this case to another judge.

**DONE** and **ORDERED** this 20th day of February, 2026.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE