FILED
2026 Feb-24 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

Northern District of Alabama

Office of the Clerk

Room 140, 1729 5th Avenue North

Birmingham, Alabama 35203

(205) 278-1700

Greer M. Lynch  
Clerk of Court

Sheri Jones  
Chief Deputy

| | |
|---|---|
| Kimberly A. Ford,<br><br>Plaintiff,<br>v.<br><br>Honorable R. David Proctor,<br><br>Defendants. | Case Number: 5:26-cv-284-HNJ |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been randomly reassigned to the **Honorable Judge Emily C. Marks.** Please use case number **5:26-cv-284-ECM** in all subsequent pleadings.

DATED: February 24, 2026

GREER M. LYNCH, CLERK

By: *C. Berryman*

Deputy Clerk

GML: lcb

xc:   Judges  
       Counsel